10/2/20

To, Clerk of Courts (civil) Suite 2300

My name is Tacoma Daniels (plaintiff.) I'm writing to inform and Request notifying that my current Mailing address is

Tacoma Daniels (W100028)
P.O. Box 100
Walpole, MA, 02071

Respectfully Submitted
Tacoma Daniels

FILED
IN CLERKS OFFICE
2020 OCT -7 AM 10: 41
U.S. DISTRICT COURT
DISTRICT OF MASS.