UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TACOMA DANIELS,
Plaintiff,

C.A. NO. 1:19-cv-10623-DJC

v.

JOSE VARELA., et. al,
Defendants.

**INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(A)(1)**
**OF DEFENDANT, CCS WELL PATH**

The defendant, CCS Well Path, by and through its counsel, Morrison Mahoney LLP, hereby makes the following initial disclosure pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. These disclosures are based upon information reasonably available to the defendant at this time. Pursuant to Federal Rule of Civil Procedure 26(e), the defendant reserves the right to supplement, revise, correct and/or amend its disclosures as circumstances may warrant.

**A. The names and, if known, the addresses and telephone numbers of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:**

The following individuals likely have knowledge of discoverable information that the defendant may use to support his claims and defenses:

1. Despina Kiely, N.P.
c/o Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
617-439-7500

Despina Kiely, N.P., is a defendant in the above-captioned lawsuit and presumably has knowledge regarding the incident that is the subject of this lawsuit.

2. Tacoma Daniels
Old Colony Correctional Center
1 Admin Road
Bridgewater, MA 02324
508-279-600

Tacoma Daniels is the plaintiff in the above-captioned lawsuit and presumably has knowledge regarding the incident that is the subject of this lawsuit and his alleged damages.

3. Jose Varela
c/o Massachusetts Department of Correction
70 Franklin St
6th Floor
Boston, MA 02110
617-727-3300

Jose Varela is a defendant in the above-captioned lawsuit and presumably has knowledge regarding the incident that is the subject of this lawsuit.

4. Todd Baptista
c/o Massachusetts Department of Correction
70 Franklin St
6th Floor
Boston, MA 02110
617-727-3300

Todd Baptista is a defendant in the above-captioned lawsuit and presumably has knowledge regarding the incident that is the subject of this lawsuit.

5. Captain Peter Pascucci
c/o Massachusetts Department of Correction
70 Franklin St
6th Floor
Boston, MA 02110
617-727-3300

Captain Peter Pascucci is a defendant in the above-captioned lawsuit and presumably has knowledge regarding the incident that is the subject of this lawsuit.

6. Susan Thibault
c/o Massachusetts Department of Correction
70 Franklin St
6th Floor
Boston, MA 02110
617-727-3300

Susan Thibault is a defendant in the above-captioned lawsuit and presumably has knowledge regarding the incident that is the subject of this lawsuit.

7. Dimitros Mantalos
c/o Massachusetts Department of Correction
70 Franklin St
6th Floor
Boston, MA 02110
617-727-3300

Dimitros Mantalos is a defendant in the above-captioned lawsuit and presumably has knowledge regarding the incident that is the subject of this lawsuit.

8. Any person otherwise identified by the plaintiff pursuant to Rule 26(a)(1), mandatory initial discovery, or through the course of litigation through document productions, interrogatory answers or depositions.

9. Any individual necessary to lay the foundation for any document, record, video, photograph or any other record.

10. Any and all other medical or mental health care providers who have ever treated, or examined Tacoma Daniels.

11. Any and all individuals identified in the Disclosure of any other party.

This disclosure is not intended to be a final list of possible witnesses in this matter. The defendant reserves the right to supplement this disclosure as the investigation continues. The defendant also reserve the right to call any witnesses, disclosed by plaintiff through her disclosures or discovery, and through response to various subpoenas issued in this case, at the trial of this matter. The defendant reserves her right to supplement this section upon seasonable notice to the plaintiff.

**B. A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

The defendant sets forth the following description, by category and location, of all documents, electronically stored information, and tangible things that the defendant has in its possession, custody, or control that it may use to support the defendant's claims or defenses.

1. Any and all medical records and imaging obtained and exchanged among the parties, relative to Tacoma Daniels, during the course of discovery.

2. Any and all non-medical records obtained and exchanged among the parties during discovery, to include employment, tax and Social Security records, if applicable.

3. Any documents obtained, generated or reviewed and relied upon by testifying experts, if applicable.

4. Any policy and procedures of CCS Well Path that the parties may rely upon.

Investigation in this matter is ongoing. This disclosure is not intended to be a final list of possible documents, electronically stored information, or tangible things in the defendant's possession, custody or control that the defendant may rely upon at trial. The defendant also reserves the right to supplement this disclosure as the investigation continues. The defendant also reserves the right to use any documents, electronically stored information, data compilations, and tangible things disclosed by the plaintiff.

**C. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Not applicable.

**D. For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

The defendant states that the defendant has already produced a copy of CCS Well Path's Insurance Declaration Page. This document is subject to the protections of confidential and proprietary information.

AS TO OBJECTIONS,
By its Attorneys,
MORRISON MAHONEY LLP

*/S/ David A. Hilton*

David A. Hilton, BBO #548214
DHilton@morrisonmahoney.com
Ti T. Ton, BBO#696608
tton@morrisonmahoney.com
250 Summer Street
Boston, MA 02210-1181
Phone: 617-439-7500
Fax: 617-342-4864

**CERTIFICATE OF SERVICE**

I, David A. Hilton, attorney for the defendant, hereby certify that I have this day served the foregoing Initial Disclosures to all counsel of record by electronic mail and to the Pro Se Plaintiff Prisoner by first class mail, postage prepaid, on this 15th day of January, 2021.

*/S/David A. Hilton*

David A. Hilton